Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT WARREN,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:16-cv-02162-SI<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $15,864.25 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fee of 4,560.73 allowed pursuant to the Equal Access to Justice Act, minus the $350.84 seized by the Treasury, will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __19th__ day of __October_____, 2020.

                                                            /s/ Michael H. Simon
                                                            Judge Michael H. Simon
                                                            United States District Court Judge